██ In the Matter of SHIRLEY M. C., Respondent, v CURLEY G., Appellant.—Order unanimously affirmed with costs. Memorandum: In June 1986, respondent was adjudged to be the father of petitioner's infant daughter, and, in July 1986, he was ordered to pay child support. Respondent filed a notice of appeal but his appeal was abandoned when he failed to perfect it.

In May 1991, petitioner sought an increase in child support. Respondent cross-petitioned to vacate the order of filiation and to reopen the paternity proceeding so that a blood grouping test could be conducted. Family Court properly denied respondent's cross petition. (Appeal from Order of Monroe County Family Court, Sciolino, J.—Paternity.) Present—Callahan, J. P., Boomer, Green, Boehm and Davis, JJ.